## Commonwealth *v.* Bean, Appellant.

Submitted September 13, 1971. *Robert P. Grim,* Assistant Public Defender, for appellant; *Grant E. Wesner,* Deputy District Attorney, and *Robert L. VanHoove,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Beard, Appellant.

Submitted September 13, 1971. *David E. Auerbach,* Assistant Public Defender, for appellant; *Vram Nedurian, Jr.* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.